ROBERT DILLARD JONES, Appellant, v NAZIEMUL SAFI et al., Defendants, and LAZAROWITZ & MANGANILLO, P.C., et al., Respondents.

Submitted February 1, 2010; decided March 30, 2010

Motion for reargument of motion for leave to appeal denied [see 13 NY3d 901 (2009)].

JEAN KRAMER et al., Appellants, v SBR & C, Doing Business as VANDERBILT AT SOUTH BEACH, et al., Respondents.

Submitted February 8, 2010; decided March 30, 2010

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 13 NY3d 713 (2009)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v THOMAS EDWARDS, JR., Respondent.

Submitted March 15, 2010; decided March 30, 2010

Motion for reargument and/or reconsideration denied. Motion for a stay dismissed as academic [see 14 NY3d 741 (2010)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON RAMOS, Appellant.

Submitted February 8, 2010; decided March 30, 2010

Motion for reargument denied [see 13 NY3d 881 (2009)].